STEVE W. BERMAN (Admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eight Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
steve@hbsslaw.com

ELAINE T. BYSZEWSKI (SBN 222304)
CHRISTOPHER R. PITOUN (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone:  (213) 330-7150
elaine@hbsslaw.com
christopher@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

J.T. WELLS BLAXTER, (SBN 190222)
wblaxter@blaxterlaw.com
BRIAN R. BLACKMAN, (SBN 196996)
bblackman@blaxterlaw.com
BLAXTER | BLACKMAN LLP
One Bush Street, Suite 650
San Francisco, California  94104
Telephone:  (415) 550-7700

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and LEAH WILLIAMS, on behalf of herself and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>WHOLE FOODS MARKET, INC., a Texas corporation; WHOLE FOODS MARKET CALIFORNIA, INC., a California corporation; MS. GOOCH'S NATURAL FOOD MARKETS, INC., a California corporation,<br><br>         Defendants. | Case No. 15-cv-4301-NC<br><br>**STIPULATION AND MODIFIED ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Northern District Civil Local Rule 6-1(b) and 6-2(a)] |

1      Pursuant to Local Civil Rule 6-1(b) and 6-2(a), Plaintiffs People for the Ethical Treat of
2 Animals and Leah Williams (collectively "Plaintiffs"), and defendants Whole Foods Market, Inc.,
3 Whole Foods Market California, Inc. and Mrs. Gooch's Natural Foods Markets, Inc. (collectively
4 "Defendants"), by and through their counsel, stipulate as follows:

5      1.   Plaintiffs filed this action on September 21, 2015, alleging claims for violation of
6 California's Consumer Legal Remedies Act (Civ. Code § 770, et seq.), false advertising (Bus. &
7 Prof. Code § 17500, et seq.) and unfair competition (Bus. & Prof. Code § 17200, et seq.).
8 Plaintiffs generally allege that Defendants misrepresent to customers the characteristics, standards
9 and quality of the unprepackaged meat products sold in its retail stores in California.

10     2.   Defendants are in the process of investigating Plaintiffs allegations and developing
11 their response.  Defendants anticipate filing a motion to dismiss on several grounds.  The parties
12 previously stipulated to extend Defendants' time to respond to the Complaint until November 4th.[1]

13     3.   This matter is presently scheduled for an initial case management conference on
14 December 23, 2015 with related deadlines of December 2, 2015 and December 16, 2015 for
15 discovery conferences, ADR selection, and the filing of Rule 26(f) reports.  Under Local Civil
16 Rule 7-3(a), Plaintiffs opposition to Defendants' anticipated motion would be due on November
17 18, 2015 and pursuant to Local Civil Rule 7-3(c) a reply would be on November 25, 2015, which
18 is the day before Thanksgiving.

19     4.   The parties have engaged in preliminary discussions of Plaintiffs' claims and
20 Defendants' motion in an effort, in part, to reduce the issues that may need to be submitted to the
21 Court as part of Defendants' anticipated motion.  Namely whether all of the named Defendants are
22 proper parties to this action and subject to the Court's personal jurisdiction.  The parties have also
23 discussed, in accordance with this Divisions' standing orders, a potential hearing date for
24 Defendants' motion.[2]

25     5.   Considering the impending Thanksgiving, Christmas and New Year's holidays and
26 the current case schedules and existing vacation and travel plans of counsel, including the fact that

---

[1] Docket No. 9.

[2] Declaration of Elaine T. Byszewski in Support, attached hereto, at ¶ 2.

1  Plaintiffs' primary counsel will be out of the country attending a family member's wedding in late
2  December into January, the first available date for hearing Defendants' anticipated motion would
3  be Wednesday, January 20, 2016.[3]

4     6.    In light of these issues and the fact that Plaintiff's counsel must travel to attend the
5  hearing and case management conference, the parties have stipulated – subject to the Court's
6  approval – to the following briefing schedule and brief continuance of the case management
7  conference (and related deadlines) to coincide with a January 20th hearing date:

8     1.  November 4, 2015:  Rule 12 motions relating to existing Complaint due;
9     2.  December 2, 2015:  Opposition to Rule 12 motion due;
10     3.  December 16, 2015:  Reply on Rule 12 motions due;
11     4.  December 4, 2015:  Last day to (i) meet and confer re: initial disclosures,
12     early settlement, ADR process selection, and
13     discovery plan, (ii) file ADR Certificate and (iii) file
14     either Stipulation to ADR Process or Notice of Need
15     for ADR Phone Conference;
16     5.  December 18, 2015:  Last Day to file Rule 26(f) report, complete initial
17     disclosures or state objection in Rule 26(f) report and
18     file Case Management Statement;
19     6.  January 20, 2016:  Hearing on Rule 12 Motion;
20     7.  January 20, 2016:  Initial Case Management Conference.

21     7.    The parties previously stipulated to extend Defendants' time to respond to the
22  Complaint until November 4th.  The parties have not previously requested any changes to the case
23  scheduling order.

24     8.    This is a complex, putative class action.  These requested changes to the exiting
25  case management order will not materially delay the disposition of this action and will conserve

---

[3] *Id.* at ¶ 3.

-2-    Case No. 5:15-CV-04301-NC
STIPULATION & ORDER SETTING BRIEFING
SCHEDULE & CONTINUING CASE MNGMT. CONF.

party and judicial resources by coordinating hearings, briefing and filings during the busy holiday season.

IT IS SO STIPULATED.

DATED: October 15, 2015                BLAXTER | BLACKMAN LLP


By:   */s/ Brian R. Blackman*
　　　BRIAN R. BLACKMAN
　　Attorneys for Defendants
WHOLE FOODS MARKET, INC.; WHOLE FOOS MARKET CALIFORNIA, INC.; and MRS. GOOCH'S NATURAL FOODS MARKETS, INC.

DATED: October 15, 2015                HAGENS BERMAN SOBOL SHAPIRO LLP


By:   */s/ Elaine T. Byszewski*
　　　ELAINE T. BYSZEWSKI
　　Attorney for Plaintiffs
PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. and LEAH WILLIAMS

## CERTIFICATION

I, Elaine Bysewski, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Setting Briefing Schedule and Continuing Case Management Conference. In compliance with Civ. L.R. 5-1(i)(3), I hereby attest that Brian Blackman has concurred in this filing.

DATED: October 15, 2015            HAGENS BERMAN SOBOL SHAPIRO LLP


By:   */s/ Elaine T. Byszewski*
        ELAINE T. BYSZEWSKI
        Attorney for Plaintiffs
        PEOPLE FOR THE ETHICAL TREATMENT OF
        ANIMALS, INC. and LEAH WILLIAMS

1   I, ELAINE T. BYSZEWSKI, declare as follows:

2   1.   I am an attorney duly licensed to practice before all of the courts of the State of California. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record for Plaintiffs. I am making this declaration in support of the parties' Stipulation Setting Briefing Schedule and Continuing Case Management Conference. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   The parties have engaged in preliminary discussions of Plaintiffs' claims and Defendants' motion in an effort, in part, to reduce the issues that may need to be submitted to the Court as part of Defendants' anticipated motion. Namely whether all of the named Defendants are proper parties to this action and subject to the Court's personal jurisdiction. The parties have also discussed, in accordance with this Divisions' standing orders, a potential hearing date for Defendants' motion.

3.   Directly following the holidays I will be traveling to Taipei for my brother's wedding and will be gone through January 11, 2015. Considering the impending Thanksgiving, Christmas and New Year's holidays and the current case schedules and existing vacation and travel plans of counsel, the first available date for all counsel for hearing Defendants' anticipated motion would be Wednesday, January 20, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of October 2015, at Pasadena, California.

*/s/ Elaine T. Byszewski*
ELAINE T. BYSZEWSKI

-5-   Case No. 5:15-CV-04301-NC
STIPULATION & ORDER SETTING BRIEFING SCHEDULE & CONTINUING CASE MNGMT. CONF.

**ORDER**

Good cause appearing therefore, and pursuant to stipulation, the Court sets the following briefing and case management schedule:

1. November 4, 2015: Rule 12 motions relating to existing Complaint due;
2. November 14, 2015: Defendants to file consent or declination to proceed before magistrate judge;
3. December 2, 2015: Opposition to Rule 12 motion due;
4. December 16, 2015: Reply on Rule 12 motions due;
5. December 4, 2015: Last day to (i) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, (ii) file ADR Certificate and (iii) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference;
6. December 18, 2015: Last Day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement;
7. January 20, 2016: Hearing on Rule 12 Motion at 1:00 PM;
8. January 20, 2016: Initial Case Management Conference at 1:00 PM.

IT IS SO ORDERED.

DATED: October 15, 2015

IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA