1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  PEOPLE FOR THE ETHICAL
    TREATMENT OF ANIMALS, et al.,          Case No. 15-cv-04301 NC
11
                Plaintiffs,                 **ORDER TO SHOW CAUSE**
12
            v.                             Re: Dkt. No. 20
13
    WHOLE FOODS MARKET
14  CALIFORNIA, INC., et al.,
15              Defendants.

16        In this consumer class action, PETA filed a second amended complaint on

17  November 25, 2015, without requesting leave from the Court or defendant Whole Foods to

18  do so.  Dkt. No. 20.

19        Rule 15(a) provides that "[a] party may amend the party's pleading once as a matter

20  of course at any time before a responsive pleading is served . . . Otherwise a party may

21  amend the party's pleading only by leave of court or by written consent of the adverse

22  party; and leave shall be freely given when justice so requires."  Fed.R.Civ.P. 15(a).

23  Under this rule, PETA could amend its Complaint only by leave of court or by written

24  consent.

25        Here, PETA did not file a stipulation or motion for leave to file its second amended

26  complaint, and the document "therefore has no legal effect."  *Ritzer v. Gerovicap Pharm.*

27  *Corp.*, 162 F.R.D. 642, 644 (D. Nev. 1995); *Hoover v. Blue Cross & Blue Shield,* 855 F.2d

28  1538, 1544 (11th Cir. 1988) (plaintiff improperly filed amended complaint so amended

    Case No. 15-cv-04301 NC

United States District Court
Northern District of California

complaint had no legal effect).

Therefore, PETA is ordered to show cause by December 4, 2015, why the Court should accept its second amended complaint.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California