UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al., <br><br>Defendants. | Case No. 15-cv-04301 NC <br><br>**ORDER GRANTING DEFENDANT THE OPPORTUNITY TO RESPOND TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** <br><br>Re: Dkt. No. 22 |

The Court ordered PETA to show cause why the Court should accept its second amended complaint notwithstanding PETA's failure to file a motion requesting leave to amend. Dkt. No. 21. PETA has responded, and the Court grants defendant Whole Foods the opportunity to reply by December 7, 2015.

**IT IS SO ORDERED.**

Dated: December 1, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-04301 NC