UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-04301-NC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

The Court finds that plaintiff has satisfied the Order to Show Cause, and GRANTS leave to file the second amended complaint. The Court also GRANTS the briefing schedule proposed by the parties in docket number 24 as to defendants' anticipated motion to dismiss.

**IT IS SO ORDERED.**

Dated:  December 3, 2015            _____
                                     NATHANAEL M. COUSINS
                                     United States Magistrate Judge

Case No. 15-cv-04301-NC